214 So.2d 861

**Thomas C. REED, Jr.**

v.

**SEARS, ROEBUCK & CO.**

**3 Div. 385.**

Supreme Court of Alabama.

Oct. 17, 1968.

Warren S. Reese, Jr., Montgomery, for petitioner.

Newman C. Sankey, Montgomery, opposed.

LIVINGSTON, Chief Justice.

Petition of Thomas C. Reed, Jr., for certiorari to the Court of Appeals to re-

**718**

view and revise the judgment and decision in Reed v. Sears, Roebuck & Co., 44 Ala. App., 506, 214 So.2d 857 (3 Div. 235).

Writ denied.

SIMPSON, COLEMAN and KOHN, JJ., concur.